Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Of Counsel
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAUREN ASHTON METCALF,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 3:18-cv-01456-YY<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $13,807.75 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Kerr Robichaux & Carroll, PO Box 14490, Portland, OR 97293. The attorney fee of $2,447.56 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this ___19th___ day of _____April_____, 2021.


_____/s/ Youlee Yim You_____
Youlee Yim You
United States Magistrate Judge